**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

NASSER AHMED AMERI
# 1591K                                                                                                          PLAINTIFF

V.                                              4:09CV00212 GTE

BERMARD C. BAILEY; BILL SHEETS;
and VIISAGE TECHNOLOGY, INC.                                                              DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 17th  day of April, 2009.

                                                           /s/ Garnett Thomas Eisele
                                                          UNITED STATES DISTRICT JUDGE