UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**NASSER AHMED AMERI**                                                                        **PLAINTIFF**
**# 1591K**

v.                                            No. 4:09-CV-00212 GTE

**BERMARD C. BAILEY; BILL SHEETS;**
**and VISAGE TECHNOLOGY, INC.**                                            **DEFENDANTS**

### ORDER EXTENDING TIME FOR APPEAL

Plaintiff Nasser Ahmed Ameri has advised the Clerk of the Court by email that he does wish to appeal the Court's Order of Dismissal and Judgment (Doc. Nos. 5 and 6), that he is mailing a Notice of Appeal, but that he fears the mailed notice may not arrive for some period of time due to problems with the mail service from Yemen to the United States. He has requested an extension of time for the Notice of Appeal to arrive by mail.[1]

For good cause shown, the Court will grant Mr. Ameri's request and extend the time for submission of his Notice of Appeal.

The Court further advises Mr. Ameri that he should file the Notice of Appellate Filing Fee form, a copy of which the Clerk of the Court has previously provided, with the Eighth Circuit Court of Appeals after he files the Notice of Appeal in this Court. This Court has already certified that an *in forma pauperis* appeal is not taken in good-faith. Mr. Ameria must contest

---

[1] The Court is advised that the Clerk's office policy is to require all *pro se* parties to make court filings conventionally, that is, by mail or in person.

that finding in the Eighth Circuit Court of Appeals.

IT IS HEREBY ORDERED THAT the time for filing a notice of appeal of this Court's Order and Judgment dated April 17, 2009, is hereby extended for a second time, until September 25, 2009.

IT IS FURTHER ORDERED THAT the Clerk of the Court, from this point forward, shall provide a copy of all Court Orders to Plaintiff by regular mail and by e-mail to: amerinaa@hotmail.com.

IT IS SO ORDERED this  3rd  day of September, 2009.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE